UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 22-2968, 22-3041
_____

UNITED STATES OF AMERICA

v.

JOSE REYES OCHOA,
                    Appellant in No. 22-2968

UNITED STATES OF AMERICA

v.

EDUARDO CASTELON-PRADO,
also known as EDUARDO CASTELANPARDO,
                    Appellant in No. 22-3041


_____


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Nos. 2-21-cr-00274-001, 2-21-cr-00274-002)
District Judge:  Honorable Harvey Bartle, III
_____

ORDER
_____

BEFORE: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and *SCIRICA, Circuit Judges

_____

---

* Hon. Anthony J. Scirica's vote is limited to panel rehearing.

The petitions for rehearing filed by Appellants in the above-captioned matters having been submitted to the judges who participated in the decision of this Court and to all other available circuit judges of the Court in regular active service, it is hereby **ORDERED** that the petitions for rehearing by the panel is **GRANTED** in part and the petitions for rehearing en banc is **DENIED**.

The Court has amended the opinion to modify Section II.A. The Clerk is directed to vacate the opinion entered on April 18, 2024, and file the amended opinion contemporaneously with this Order. As the changes do not affect the judgment, the judgment will remain as filed.

BY THE COURT

s/ Michael A. Chagares
Chief Circuit Judge

Dated: June 20, 2024
PDB/JK/cc:   All Counsel of Record